TROUTMAN AMIN, LLP
Eric J. Troutman (State Bar # 229263)
troutman@troutmanamin.com
Puja J. Amin (State Bar # 299547)
amin@troutmanamin.com
Brittany A. Andres (State Bar # 340856)
brittany@troutmanamin.com
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
Telephone: +1 949 350 3663
Facsimile: +1 949 203 8689

Attorneys for Defendant
loanDepot.com, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KEARNS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOANDEPOT.COM, LLC,<br><br>Defendant. | Case No. 8:22-cv-01217-JWH-JDE<br><br>**JOINT STIPULATION REGARDING FEE AWARD** |

Pursuant to the Court's February 12, 2026 Order (ECF No. 193), Plaintiff Jeffrey Kearns ("Plaintiff") and Defendant loanDepot.com, LLC ("loanDepot") hereby stipulate and agree to an award in favor of loanDepot. The amount fully satisfies the Court's award of loanDepot's reasonable costs and attorney's fees incurred in opposing Plaintiff's Motion to Compel Defendant to Provide Additional Insurance Policies (the "Motion"), preparing the Supplemental Brief in support of its Opposition to Plaintiff's Motion, and preparing for and attending the hearing on Plaintiff's Motion on February 12, 2026.

1

ACCORDINGLY, IT IS HEREBY STIPULATED that Plaintiff shall pay loanDepot an agreed-upon award for reasonable costs, including attorney's fees, in opposing the Motion.

Dated: February 19, 2026          TROUTMAN AMIN, LLP

By: */s/ Brittany A. Andres*
Eric J. Troutman
Puja J. Amin
Brittany A. Andres

*Attorneys for Defendant loanDepot.com, LLC*

**TROUTMAN AMIN, LLP**
400 Spectrum Center Drive, Suite 1550, Irvine CA 92618
troutman@troutmanamin.com

2

Dated: February 19, 2026      LAW OFFICES OF TODD FRIEDMAN

By: */s/Adrian R. Bacon*
Adrian R. Bacon

EDELSBERG LAW, P.A.
Scott Edelsberg

SHAMIS & GENTILE, P.A.
Christopher Berman

GOLD LAW, P.A.
Christopher Gold

HIRALDO P.A.
Manuel S. Hiraldo

LAW OFFICES OF JIBRAEL S. HINDI
Jibrael S. Hindi

EISENBAND LAW P.A.
Michael Eisenband

KAZEROUNI LAW GROUP APC
Seyed Abbas Kazerounian
Mona Amini

THE CONSUMER PROTECTION FIRM, PLCC
William P. Howard

*Attorneys for Plaintiff Jeffrey Kearns*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, a copy of the foregoing was served by ECF to counsel of record.

*/s/ Brittany A. Andres*
Brittany A. Andres

**TROUTMAN AMIN, LLP**
400 Spectrum Center Drive, Suite 1550, Irvine CA 92618
troutman@troutmanamin.com

3